**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

JESSE FREY, *et al.*                                                                                      PLAINTIFFS

v.                                              No. 4:11CV00475 JLH

BHP BILLITON PETROLEUM
(ARKANSAS), INC., *et al.*                                                                            DEFENDANTS

**ORDER**

Pursuant to the Notice of Withdrawal of Counsel of Record filed on August 17, 2011, John F. Peiserich and Kimberly Logue of the Perkins & Trotter law firm are hereby withdrawn as counsel of record for defendant Clarita Operating, LLC. Darrell W. Downs of the Taylor, Burrage, Foster, Mallett, Downs, Ramsey & Russell law firm will continue as counsel of record for defendant Clarita Operating, LLC.

IT IS SO ORDERED this 24th day of August, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE