## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| STEPHEN HEARN, on behalf of himself<br>and all others similarly situated;<br>JESSE and SUSAN FREY, on behalf of themselves<br>and all others similarly situated;<br>RANDY and JOYCE PALMER, on behalf of themselves<br>and all others similarly situated; and<br>SAM and APRIL LANE, on behalf of themselves<br>and all others similarly situated | PLAINTIFFS |
| v.   NO. 4:11CV00474 JLH (LEAD)<br>         NO. 4:11CV00475 JLH<br>         NO. 4:11CV00476 JLH<br>         NO. 4:11CV00477 JLH | |
| BHP BILLITON PETROLEUM (ARKANSAS),<br>INC.; BHP BILLITON PETROLEUM<br>(FAYETTEVILLE) LLC; CHESAPEAKE<br>OPERATING, INC.; and CLARITA OPERATING, LLC | DEFENDANTS |

## **ORDER**

The plaintiffs have filed motions for consolidation and appointment of interim class counsel in each of the above-numbered cases. Each of the motions is granted. Pursuant to Federal Rule of Civil Procedure 42(a), the above-numbered cases are hereby consolidated. All pleadings, motions, and other documents will be filed in No. 4:11CV00474-JLH, using the style shown above. Emerson Poynter LLP and Wyly-Rommel PLLC are hereby appointed as interim class counsel pursuant to Federal Rule of Civil Procedure 23(g)(3). The Clerk is directed to terminate administratively case Nos. 4:11CV00475, 4:11CV00476, and 4:11CV00477.

IT IS SO ORDERED this 31st day of August, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE