# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| STEPHEN HEARN, on behalf of himself<br>and all others similarly situated;<br>JESSE and SUSAN FREY, on behalf of themselves<br>and all others similarly situated;<br>RANDY and JOYCE PALMER, on behalf of themselves<br>and all others similarly situated; and<br>SAM and APRIL LANE, on behalf of themselves<br>and all others similarly situated | PLAINTIFFS |
| v.  No. 4:11CV00474 JLH | |
| BHP BILLITON PETROLEUM (ARKANSAS)<br>INC.; BHP BILLITON PETROLEUM<br>(FAYETTEVILLE) LLC; CHESAPEAKE<br>OPERATING, INC.; and CLARITA OPERATING, LLC | DEFENDANTS |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Voluntary Dismissal. Plaintiffs request they be allowed to voluntarily dismiss their claims against Defendant Clarita Operating, LLC in all consolidated cases without prejudice. Plaintiffs represent that Defendant Clarita Operating, LLC does not oppose the motion. Upon consideration, the Court finds the motion should be and hereby is granted. Plaintiffs' claims against Defendant Clarita Operating, LLC in all consolidated cases are hereby dismissed without prejudice.

IT IS SO ORDERED this 15th day of September, 2011.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE